IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO.: CCB-14-0146 |
| DESHAWN S. YARBOROUGH | * | |
| Defendant(s) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO EXTEND TIME FOR THE FILING OF PRETRIAL MOTIONS

Now comes the Defendant, **DeShawn S. Yarborough,** by his attorney David R. Solomon, Esquire, and hereby requests this Honorable Court extend the time in which to file pretrial motions and for reasons therefore, states:

1) That discovery in this case was forwarded to defense counsel a number of months ago.

2) That undersigned counsel misplaced discovery and has not had an opportunity to review same.

3) That undersigned counsel's office picked up the new batch of discovery on September 23, 2014 and he will begin diligently reviewing same to determine whether any pretrial motions are applicable to this Defendant.

4) That undersigned counsel has spoken with Assistant United States Attorney, Christopher Romano, and he has given undersigned counsel consent to represent to this Honorable Court that he has no objection to the hereinabove request.

5) That undersigned counsel is requesting two (2) weeks within which to review the discovery to determine whether substantive motions are to be filed.

**WHEREFORE,** the Defendant respectfully requests:

a)  That this Honorable Court grant an Extension of Time within which to file Pretrial

Motions; and,

b)  For such other and further relief as the cause of justice may require.

Respectfully submitted,

DAVID R. SOLOMON, ESQ.
201 N. Charles St., Suite 1717
Baltimore, Maryland 21201
Phone No.: 410-244-8822
Fax No.    : 410-625-1028

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _____ day of September, 2014, a copy of the foregoing was electronically forwarded to:

Christopher J. Romano, Esquire
Assistant United States Attorney
Office of the United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201

DAVID R. SOLOMON, ESQ.