IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO.: CCB-14-0146 |
| DESHAWN S. YARBOROUGH | * | |
| Defendant(s) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ADOPT MOTIONS FILED BY CO-DEFENDANTS

**DeShawn S. Yarborough,** Defendant, by his attorney, David R. Solomon, Esquire, and moves the Court to permit him/her to adopt the Motions filed on behalf of Co-Defendants in this case.

1.      That the Defendant is charged in a five (5) count indictment charging him with Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846; Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841; and, Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1).

2.      That it is undersigned counsel's understanding that various Co-Defendants have filed motions that are applicable to this Defendant.

3.      Therefore, in order not to burden this Court with repetitive pleadings, the Defendant, **DeShawn S. Yarborough,** requests leave to adopt the Motions of Co-Defendants which are applicable to him/her by conforming them if necessary, and if appropriate, to file a Memorandum in Support thereof.

**WHEREFORE**, the Defendant, **DeShawn S. Yarborough**, respectfully requests:

a)      That the Motion To Adopt Motions Filed By Co-Defendants be granted; and,

b)      For such other and further relief as the cause of justice may require.

Respectfully Submitted,

DAVID R. SOLOMON, ESQ.
201 North Charles Street, Suite 1717
Baltimore, Maryland 21201
Phone No.: 410-244-8822
Fax No.   : 410-625-1028

*Attorney for Defendant,*
*Riccole Hall*

## REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, the Defendant requests a hearing on this Motion.

DAVID R. SOLOMON, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2✓ of September, 2014, a copy of the foregoing was filed with the Clerk and served via CM/ECF on Christopher J. Romano, Esquire, Assistant United States Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201 and on al defense counsel.

DAVID R. SOLOMON, ESQ.